```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 -against-

RICHARD PARHAM,

                        Defendant.
------------------------------------------------------------X

### ORDER

96 CR. 279 (RMB)

For the reasons stated on the record today, the defendant is hereby released to the care and custody of the United States Probation Department, i.e., Probation Officer Sandra Osman, in order to effectuate immediate placement in the residential treatment program of Day Top Village, Brightside Manor House, 248 Fox Hollow Road, Rhinebeck, New York.

Dated: New York, New York
       February 6, 2008

                                             _____
                                             RICHARD M. BERMAN, U.S.D.J.